THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERIGO MASTROTA, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued February 21, 1924; decided April 1, 1924.)

APPEAL from a judgment of the Queens County Court rendered July 2, 1923, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Richard F. Adams* for appellant.

*Richard S. Newcombe,* District Attorney (*Charles W. Froessel* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.